# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 0485

VERSUS

JAMES O'NEAL WASHINGTON                                 **JULY 18, 2022**

---

In Re:    James O'Neal Washington, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 20-CR5-144509.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

    **STAY DENIED. WRIT GRANTED.** The trial court's ruling denying relator's motion to suppress is reversed. The search of the cigarette pack located inside relator's pocket, which led to the discovery of illegal narcotics, exceeded the permissible scope of the pat-down sanctioned by **Terry v. Ohio**, 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968). See **State v. Lagarde**, 2000-1238 (La. 2/9/01), 778 So.2d 585; see generally **State v. Foss**, 2017-0744 (La. 10/16/17), 226 So.3d 1115, 1116, ("The trial court correctly determined that the contraband—which was seized from the inside of a cigarette pack recovered during the *Terry* pat down—is not admissible pursuant to the "plain feel" exception to the warrant requirement.") Accordingly, the trial court erred by denying the motion to suppress the evidence recovered from the cigarette pack, and this matter is remanded to the trial court for further proceedings.

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT